UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :

        v.                   :       Crim. No. 12-768 (WHW)

RANDY ANDREW                   :       <u>TRIAL CONTINUANCE ORDER</u>


      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Adam N. Subervi, Assistant U.S. Attorney, appearing), and defendant Randy Andrew (Paul Casteleiro, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter in order to permit defense counsel time to research, engage in final plea negotiations and prepare for trial in this matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1) Defense counsel has requested additional time to conduct research, engage in final efforts to reach a plea agreement and prepare for trial in this matter;

(2)   Taking into account the exercise of diligence, therefore, the facts of this case require that the parties be permitted a reasonable amount of additional time for effective preparation in this matter;

(3)   As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 19th day of February, 2013, ORDERED that this action be, and hereby is, continued until May 7, 2013;

and it is further ORDERED that:

(1) Oral argument relating to the pending motions in this matter shall be conducted on March 12, 2013 at 9:30 a.m.; and

(2) Trial in this matter shall commence May 7, 2013 at 9:30 a.m.;

The period from February 19, 2013 through and including May 7, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. WILLIAM H. WALLS
United States District Judge

-2-

Form and entry
consented to:

_____
ADAM N. SUBERVI
Assistant U.S. Attorney

_____
PAUL CASTELEIRO
Counsel for defendant Randy Andrew

-3-